**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00426-CR

### JAVEON DEROID DALCOURZUBER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F15-10957-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's October 16, 2018 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before November 1, 2018.

/s/     LANA MYERS
          JUSTICE